Amy F. Sorenson, Esq. (Nevada Bar No. 12495)
Karl O. Riley, Esq. (Nevada Bar No. 12077)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
asorenson@swlaw.com
kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA J. BEST, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; WELLS FARGO BANK; and COMMERCE BANK,<br><br>　　　　　Defendants.<br><br>AND CONSOLIDATED ACTIONS | Case No. 2:15-cv-00020-JCM-PAL (Consolidated with: 2:14-cv-02054-JCM-VCF; 2:15-cv-00036-RFB-NJK; and 2:15-cv-00307-JAD-PAL)<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER**<br><br>**(FIRST REQUEST)** |

　　　　Plaintiff Barbara Best, by and through his attorneys, Kazerouni Law Group and Haines & Krieger, LLC, and Defendant Wells Fargo Bank ("Wells Fargo," together with Plaintiff, the "Parties"), by and through its attorneys, the law firm of Snell & Wilmer L.L.P., hereby stipulate to extend the time for Wells Fargo to respond to Plaintiff's Complaint.

　　　　WHEREAS, on January 6, 2015, Plaintiff filed her Complaint;

　　　　WHEREAS, Plaintiff served Wells Fargo on June 8, 2015, making her response due on June 29, 2015;

　　　　WHEREAS, the parties stipulated to extend the time for Wells Fargo to respond to Plaintiff's Complaint;

WHEREAS, this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. Wells Fargo will respond to Plaintiff's Complaint on or before July 29, 2015.

**IT IS SO STIPULATED.**

DATED this 29th day of June, 2015.    DATED this 29th day of June, 2015.

　　　　　　　　　　　　　　　　　　　　　SNELL & WILMER L.L.P.

By: /s/ Danny J. Horen　　　　　　　　　By: /s/ Karl O. Riley
　　Danny J. Horen, Esq.　　　　　　　　　　Amy F. Sorenson, Esq.
　　Nevada Bar No. 13153　　　　　　　　　　Nevada Bar No. 12495
　　KAZEROUNI LAW GROUP, APC　　　　　　Karl O. Riley, Esq.
　　7854 W. Sahara Avenue　　　　　　　　　Nevada Bar No. 12077
　　Las Vegas, Nevada 89117　　　　　　　　3883 Howard Hughes Parkway, Suite 1100
　　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89169
　　　　　　　　　　　　　　　　　　　　　Tel: (702) 784-5200
　　David H. Krieger　　　　　　　　　　　　*Attorneys for Defendant Wells Fargo*
　　Nevada Bar No. 9086　　　　　　　　　　*Bank, N.A.*
　　HAINES & KRIEGER, LLC
　　8985 S. Eastern Avenue
　　Henderson, NV 89123
　　Tel: (702) 880-5554

　　*Attorneys for Plaintiff*

## ORDER

**IT IS ORDERED THAT** Wells Fargo shall respond to Plaintiff's Complaint on or before July 29, 2015.

**IT IS SO ORDERED.**

DATED: ___July 14___, 2015.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

21960045.2