Alyssa M. Staudinger (13258)
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:     +1.949.851.3939
Facsimile:     +1.949.553.7539
astaudinger@jonesday.com

Bob L. Olson (3783)
Snell & Wilmer, LLP
3883 Howard Hughes Pwky.
Suite 1100
Las Vegas, NV  89169-5958
Telephone: 702-784-5200
Fax: 702-784-5252
bolson@swlaw.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARBARA BEST,<br><br>              Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES, LLC.<br><br>              Defendants. | Case No. 2:15-cv-00020-JCM-PAL<br><br>*AND CONSOLIDATED WITH:*<br><br>2:14-cv-02054 (Commernce Bank)<br>2:15-cv-00036 (Macy's)<br>2:15-cv-00307 (Synchrony Bank/JC Penny)<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** |

**PLEASE TAKE NOTE THAT** Plaintiff Barbara Best and Defendant Experian Information Solutions, Inc. ("Experian") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Experian pending in this action.

NAI-1500477374v1

The parties anticipate that the performance of the terms of the settlement agreement will be completed within ninety (90) days of the date of this notice, at which time the parties shall file a Stipulation for Dismissal of the claims asserted against Experian.

Dated: August 18, 2015        KAZEROUNI LAW GROUP, APC

By: */s/ Danny Horen*
    Danny Horen

Attorneys for Plaintiff
BARBARA BEST

Dated: August 18, 2015        JONES DAY

By: */s/ Alyssa M. Staudinger*
    Alyssa M. Staudinger

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

IT IS ORDERED that the parties shall have until **November 19, 2015,** to either file a stipulation to dismiss, or a joint status report advising when the stipulation will be received.

Dated this 21st day of August, 2015.

Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I, Alyssa M. Staudinger, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On **August 18, 2015**, I served a copy of the **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** by electronic transmission.

I am familiar with the United States District Court, District of Nevada's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Danny Horen<br>KAZEROUNI LAW GROUP, APC<br>7854 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Telephone: 800-400-6808x7<br>Fax: 800-520-5523<br>danny@kazlg.com<br><br>*Attorneys for Plaintiff*<br>***BARBARA BEST*** | David H. Krieger<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 130<br>Henderson, Nevada 89123<br>Telephone: 702-880-5554<br>Fax: 702-385-5518<br>dkrieger@haineskrieger<br><br>*Attorneys for Plaintiff*<br>***BARBARA BEST*** |
| Karl O Riley<br>Snell & Wilmer L.L.P.<br>3883 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>702-784-5200<br>Fax: 702-784-5252<br>Email: kriley@swlaw.com<br><br>*Attorneys for Defendant*<br>***WELLS FARGO BANK, N.A.*** | Amy F. Sorenson<br>Snell & Willmer, LLP<br>15 W South Temple<br>Salt Lake City, UT 84101<br>801-257-1907<br>Fax: 801-257-1800<br>Email: asorenson@swlaw.com<br><br>*Attorneys for Defendant*<br>***WELLS FARGO BANK, N.A.*** |

1  Executed on August 18, 2015, at Irvine, California.

　　　　　　　　　　　　　　　　　　*/s/ Alyssa M. Staudinger*
　　　　　　　　　　　　　　　　　　Alyssa M. Staudinger