Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Telephone: (702) 880-5554
Facsimile: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **BARBARA J. BEST,**<br><br>Plaintiff,<br><br>v.<br><br>**WELLS FARGO BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; AND EQUIFAX INFORMATION SERVICES, LLC,**<br><br>Defendants. | **Case No.:** 2:15-cv-00020-JCM-PAL<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff BARBARA J. BEST ("Plaintiff"), and EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"), stipulate to dismiss **Experian** from the above-captioned matter, **with prejudice** as to the Plaintiff's claims against Experian. Each party will bear its own costs, disbursements, and attorney fees.

Dated: November 5, 2015


KAZEROUNI LAW GROUP                 JONES DAY


 /s/ Danny J. Horen                   /s/   Alyssa M. Staudinger
Danny Horen, Esq.                    Alyssa M. Staudinger, Esq.
7854 W. Sahara Avenue                3161 Michelson Drive, Suite 800
Las Vegas, NV 89117                  Irvine, CA 92612
800-400-6808                         949-851-3939
Email: danny@kazlg.com               Email: astaudinger@jonesday.com
Attorney for Plaintiff




IT IS SO ORDERED:

Defendant Experian Information Solutions, Inc. is dismissed with prejudice


Dated:   November 5, 2015

                        By: _____

                        UNITED STATES DISTRICT JUDGE